```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 41728
   KELVIN L FULLOVE
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-4546

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/29/2005 and was confirmed 12/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 10/22/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED         754.05           .00         754.05
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00            .00
DENEEN TANG               UNSECURED       NOT FILED          .00            .00
ECONOMY FURNITURE OF ILL  UNSECURED        3247.62           .00        3247.62
AT & T BANKRUPCTY         UNSECURED         448.68           .00         448.68
T-MOBILE USA              UNSECURED         213.95           .00         213.95
CLERK OF 18TH JUDICIAL C  UNSECURED       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED          .00            .00
GUARDIAN NATIONAL ACCEPT  SECURED NOT I       .00            .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED         340.20           .00         340.20
ILLINOIS DEPT OF REVENUE  PRIORITY         1543.89           .00        1543.89
ZALUTSKY & PINSKI LTD     REIMBURSEMENT     101.00           .00         101.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                         553.03
DEBTOR REFUND             REFUND                                          141.58

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              10,044.00

PRIORITY                                    1,644.89
SECURED                                          .00
UNSECURED                                   5,004.50
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                          553.03
DEBTOR REFUND                                 141.58
                     -------------        -------------
TOTALS               10,044.00             10,044.00


             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 41728 KELVIN L FULLOVE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```